**Fill in this information to identify the case:**

Debtor name   Fix My Gadget, Inc.

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF ILLINOIS

Case number (if known)   22-80201

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 22, 2022           **X** /s/ Larry Mikell
_____       _____
                                       Signature of individual signing on behalf of debtor

                                       Larry Mikell
                                       _____
                                       Printed name

                                       President
                                       _____
                                       Position or relationship to debtor

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Fix My Gadget, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)    22-80201

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...............................................................................................    $     0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................    $     72,157.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................    $     72,157.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     500,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................    $     0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$     1,510,822.64

4. **Total liabilities** ........................................................................................................................
    Lines 2 + 3a + 3b    $     2,010,822.64

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Fix My Gadget, Inc.___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF ILLINOIS___

Case number (if known) ___22-80201___

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Monies held in Ostling Trust account | $35,262.00 |
| 7.2. | Comcast Business | $300.00 |
| 7.3. | PNC Bank Account | $30,000.00 |
| 7.4. | First Home Bank | $500.00 |
| 7.5. | Morton Community Bank | $0.00 |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Fix My Gadget, Inc. | Case number *(if known)* | 22-80201 |
|---|---|---|---|
| | Name | | |

9.  **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$66,062.00

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** 50 cell phone batteries, special order parts for misc phone types, LCD glass replacement parts (100), 80 cell phone cases, 25 cell phone chargers, Outdoor signage. | | $4,875.00 | Comparable sale | $4,875.00 |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$4,875.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | Fix My Gadget, Inc. | Case number *(If known)* | 22-80201 |
|---|---|---|---|
| | Name | | |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>2 desks, 1 sales counter, 2 hotplates for cell phone repairs, 3 televisions, 3 chairs, 2 coffee tables, refrigerator, water cooler | $220.00 | Comparable sale | $220.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>5 laptops | $250.00 | Comparable sale | $250.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | $470.00 |
|---|---|---|

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Fix My Gadget, Inc. | Case number *(if known)* | 22-80201 |
|---|---|---|---|
| | Name | | |

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** Fix My Gadget name | Unknown | | Unknown |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Fix My Gadget, Inc. | Case number *(if known)* | 22-80201 |
|--------|---------------------|--------------------------|----------|
| | Name | | |

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

engraving machine, tools for cell phone repairs.                                      $750.00

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$750.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor    Fix My Gadget, Inc.
_____    Case number *(If known)*   22-80201
          Name

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $66,062.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $4,875.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $470.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $750.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $72,157.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $72,157.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name  **Fix My Gadget, Inc.** |
| United States Bankruptcy Court for the:  **CENTRAL DISTRICT OF ILLINOIS** |
| Case number (if known)  **22-80201** |

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1**  **SBA**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>UCC lien on all property. | $500,000.00 | $0.00 |
| **PO Box 740192**<br>**Atlanta, GA 30374**<br>Creditor's mailing address | **Describe the lien** | | |
| <br>Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| **Date debt was incurred**<br>**2020** | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number**<br>**7808** | | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**3.**   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$500,000.00**

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

**Fill in this information to identify the case:**

Debtor name _Fix My Gadget, Inc._

United States Bankruptcy Court for the: _CENTRAL DISTRICT OF ILLINOIS_

Case number (if known) _22-80201_

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| 3.1 | AFFIRM<br>633 Folsom St. Floor 7<br>San Francisco, CA 94107<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Loan_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.2 | Ameren Illinois<br>Credit and Collections<br>2105 E. State Route 104<br>Pawnee, IL 62558<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Utilities_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,000.00 |
| 3.3 | American Arbitration Association<br>333 SE 2nd Ave, Suite 2000<br>Miami, FL 33131<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Fees_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $10.00 |
| 3.4 | Bank of America<br>PO Box 5170<br>Simi Valley, CA 93062-5170<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Credit Card_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $6,377.00 |

| Debtor | Fix My Gadget, Inc. | Case number (if known) | 22-80201 |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,993.00**

Bank of America
PO Box 5170
Simi Valley, CA 93062-5170

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Credit Card

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,000.00**

Bank of America Visa
PO Box 851001
Dallas, TX 75285

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Credit Card

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,818.36**

CACH LLC
4340 S. Monaco
Denver, CO 80237

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Collections

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00**

Carmen Caruso Law Office
77 W. Washington St #1900
Chicago, IL 60602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Fees

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,000.00**

Chase
PO Box 15298
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Credit Card

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32,000.00**

Chase
PO Box 15298
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Credit Card

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,428.19**

Citibank
701 E. 60th Street N.
Sioux Falls, SD 57104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Credit Card

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Fix My Gadget, Inc. | Case number (if known) | 22-80201 |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address
Comcast
303 E. Fairlawn Drive
Urbana, IL 61801

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Fees__

Is the claim subject to offset? ■ No  ☐ Yes

$600.00

---

**3.13** | Nonpriority creditor's name and mailing address
Costco Anywhere Visa
PO Box 6500
Sioux Falls, SD 57117

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Card__

Is the claim subject to offset? ■ No  ☐ Yes

$11,966.25

---

**3.14** | Nonpriority creditor's name and mailing address
Fairbourne Properties
One East WAcker Drive Ste 3110
Chicago, IL 60601

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No  ☐ Yes

$200,000.00

---

**3.15** | Nonpriority creditor's name and mailing address
FC Marketplace, LLC
1723 W. Altorfer Drive
Peoria, IL 61615

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.16** | Nonpriority creditor's name and mailing address
First Home Bank
Attn: SBA Loan Payments
5250 Park Boulevard
Pinellas Park, FL 33781

**Date(s) debt was incurred** __2017__
**Last 4 digits of account number** __5000__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No  ☐ Yes

$177,000.00

---

**3.17** | Nonpriority creditor's name and mailing address
First Home Bank
Attn: SBA Loan Payments
5250 Park Boulevard
Pinellas Park, FL 33781

**Date(s) debt was incurred** __2020__
**Last 4 digits of account number** __7900__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No  ☐ Yes

$75,000.00

---

**3.18** | Nonpriority creditor's name and mailing address
Funding Circle
707 17th Street, Suite 2200
Denver, CO 80202

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No  ☐ Yes

$275,000.00

---

| Debtor | Fix My Gadget, Inc. | Case number (if known) | 22-80201 |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,800.00 |
|---|---|---|---|

Garner, Ginsburg & Johnson, P.A.
43 Main Street SE Suite 2000
Minneapolis, MN 55414

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

Loanme Inc
1900 S. State College Blvd
#300
Anaheim, CA 92806

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

Mitchell J. Kassoff, Esq.
2 Foster Court
South Orange, NJ 07079

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,941.73 |
|---|---|---|---|

Monster Agency
18208 Preston Road D9 Suite 515
Dallas, TX 75252

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

Norma and Jim Walker
1733 Valle Vista Blvd
Pekin, IL 61554

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220,000.00 |
|---|---|---|---|

On Deck Payment Support, LLC
1400 Broadway 25th Floor
New York, NY 10018-5225

**Date(s) debt was incurred** _____

**Last 4 digits of account number**  6901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119,888.11 |
|---|---|---|---|

U.S. Refi Parkway Fee, LLC
c/o Tobert S. Grabermann
Daspin & Aument, LLP
300 S. Wacker Drive, Suite 2200
Chicago, IL 60606

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lease__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Fix My Gadget, Inc. | | Case number (if known) | 22-80201 |
|---|---|---|---|---|
| | Name | | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | UBREAKIFIX FRANCHISE<br>2121 S. Hiawassee Road #120<br>Orlando, FL 32835 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Fees | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Burt Dancey Law Office, P.C.<br>109 S. Fourth Street<br>Pekin, IL 61554 | Line  3.23 <br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | C. Edwin Walker<br>Attorney At Law<br>411 Hamilton Blvd<br>Peoria, IL 61612 | Line  3.15 <br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Edwin Walker<br>411 Hamilton Blvd. #1710<br>Peoria, IL 61602 | Line  3.18 <br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | Larry Mikell<br>1710 Fayette Ave<br>Washington, IL 61571 | Line  3.24 <br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,510,822.64 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,510,822.64 |

Fill in this information to identify the case:

Debtor name __Fix My Gadget, Inc.__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF ILLINOIS__

Case number (if known) __22-80201__

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
      (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | Lease for office space located at 4732 N. University St #9051 Peoria, IL 61614 |
|         State the term remaining | |
|         List the contract number of any government contract | Morton Community Bank 721 W. Jackson Street Morton, IL 61550 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      Fix My Gadget, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)    22-80201

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Larry Mikell | 1710 Fayette Ave.<br>Washington, IL 61571 | First Home Bank | ☐ D _____<br>■ E/F ___3.16___<br>☐ G _____ |
| 2.2 | Larry Mikell | 1710 Fayette Ave.<br>Washington, IL 61571 | AFFIRM | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.3 | Larry Mikell | 1710 Fayette Ave.<br>Washington, IL 61571 | Ameren Illinois | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |
| 2.4 | Larry Mikell | 1710 Fayette Ave.<br>Washington, IL 61571 | American Arbitration Association | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |
| 2.5 | Larry Mikell | 1710 Fayette Ave.<br>Washington, IL 61571 | Bank of America | ☐ D _____<br>■ E/F ___3.4___<br>☐ G _____ |

| Debtor | Fix My Gadget, Inc. | Case number *(if known)* | 22-80201 |
|---|---|---|---|

▓ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | Larry Mikell | 1710 Fayette Ave.<br>Washington, IL 61571 | Bank of America | ☐ D _____<br>■ E/F ___3.5___<br>☐ G _____ |
| 2.7 | Larry Mikell | 1710 Fayette Ave.<br>Washington, IL 61571 | Bank of America Visa | ☐ D _____<br>■ E/F ___3.6___<br>☐ G _____ |
| 2.8 | Larry Mikell | 1710 Fayette Ave.<br>Washington, IL 61571 | CACH LLC | ☐ D _____<br>■ E/F ___3.7___<br>☐ G _____ |
| 2.9 | Larry Mikell | 1710 Fayette Ave.<br>Washington, IL 61571 | Carmen Caruso Law Office | ☐ D _____<br>■ E/F ___3.8___<br>☐ G _____ |
| 2.10 | Larry Mikell | 1710 Fayette Ave.<br>Washington, IL 61571 | Chase | ☐ D _____<br>■ E/F ___3.9___<br>☐ G _____ |
| 2.11 | Larry Mikell | 1710 Fayette Ave.<br>Washington, IL 61571 | Chase | ☐ D _____<br>■ E/F ___3.10___<br>☐ G _____ |
| 2.12 | Larry Mikell | 1710 Fayette Ave.<br>Washington, IL 61571 | Citibank | ☐ D _____<br>■ E/F ___3.11___<br>☐ G _____ |
| 2.13 | Larry Mikell | 1710 Fayette Ave.<br>Washington, IL 61571 | Comcast | ☐ D _____<br>■ E/F ___3.12___<br>☐ G _____ |

| Debtor | Fix My Gadget, Inc. | Case number *(if known)* | 22-80201 |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 Larry Mikell | 1710 Fayette Ave.<br>Washington, IL 61571 | Costco Anywhere Visa | ☐ D _____<br>■ E/F ___3.13___<br>☐ G _____ |
| 2.15 Larry Mikell | 1710 Fayette Ave.<br>Washington, IL 61571 | Fairbourne Properties | ☐ D _____<br>■ E/F ___3.14___<br>☐ G _____ |
| 2.16 Larry Mikell | 1710 Fayette Ave.<br>Washington, IL 61571 | FC Marketplace, LLC | ☐ D _____<br>■ E/F ___3.15___<br>☐ G _____ |
| 2.17 Larry Mikell | 1710 Fayette Ave.<br>Washington, IL 61571 | First Home Bank | ☐ D _____<br>■ E/F ___3.17___<br>☐ G _____ |
| 2.18 Larry Mikell | 1710 Fayette Ave.<br>Washington, IL 61571 | Funding Circle | ☐ D _____<br>■ E/F ___3.18___<br>☐ G _____ |
| 2.19 Larry Mikell | 1710 Fayette Ave.<br>Washington, IL 61571 | Garner, Ginsburg &<br>Johnson, P.A. | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |
| 2.20 Larry Mikell | 1710 Fayette Ave.<br>Washington, IL 61571 | Loanme Inc | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |
| 2.21 Larry Mikell | 1710 Fayette Ave.<br>Washington, IL 61571 | Mitchell J. Kassoff,<br>Esq. | ☐ D _____<br>■ E/F ___3.21___<br>☐ G _____ |

| Debtor | Fix My Gadget, Inc. | | Case number *(if known)* | 22-80201 |
| --- | --- | --- | --- | --- |

███ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| 2.22 | Larry Mikell | 1710 Fayette Ave.<br>Washington, IL 61571 | UBREAKIFIX<br>FRANCHISE | ☐ D _____<br>■ E/F ___3.26___<br>☐ G _____ |
| 2.23 | Larry Mikell | 1710 Fayette Ave.<br>Washington, IL 61571 | U.S. Refi Parkway<br>Fee, LLC | ☐ D _____<br>■ E/F ___3.25___<br>☐ G _____ |
| 2.24 | Larry Mikell | 1710 Fayette Ave.<br>Washington, IL 61571 | SBA | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | Larry Mikell | 1710 Fayette Ave.<br>Washington, IL 61571 | On Deck Payment<br>Support, LLC | ☐ D _____<br>■ E/F ___3.24___<br>☐ G _____ |
| 2.26 | Larry Mikell | 1710 Fayette Ave.<br>Washington, IL 61571 | Norma and Jim Walker | ☐ D _____<br>■ E/F ___3.23___<br>☐ G _____ |
| 2.27 | Larry Mikell | 1710 Fayette Ave.<br>Washington, IL 61571 | Monster Agency | ☐ D _____<br>■ E/F ___3.22___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name        Fix My Gadget, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)    22-80201

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2022 to Filing Date | ☐ Operating a business<br>■ Other   Gross receipts | $160,000.00 |
| For prior year:<br>From  1/01/2021 to 12/31/2021 | ☐ Operating a business<br>■ Other   Gross receipts | $531,489.33 |
| For year before that:<br>From  1/01/2020 to 12/31/2020 | ☐ Operating a business<br>■ Other   Gross receipts | $540,035.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
    or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | Fix My Gadget, Inc. | | | Case number *(if known)*  22-80201 |

may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | FMG vs. UBIF 2020-LM-283 | Litigation | McLean County Circuit Clerk 104 W. Front St. Room 404 Bloomington, IL 61701 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. | Ondeck vs. Mikel | Litigation | Peoria County Circuit Clerk 324 Main Street Room G-22 Peoria, IL 61602 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. | Bloomington Lease vs. Fix My Gadget | Litigation | McLean County Circuit Clerk 104 W. Front St. Room 404 Bloomington, IL 61701 | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.4. | Norma and Jim Walker vs. Debtor | | Tazewell County Circuit Clerk 342 Court Street Pekin, IL 61554 | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Fix My Gadget, Inc. | | Case number *(if known)* 22-80201 |
|---|---|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Younglife | $1,200.00 | 09/2021 | $1,200.00 |
| | Recipients relationship to debtor none | | | |

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Ostling and Associates 201 W. Olive St. Bloomington, IL 61701 | Attorney Fees | 04/2022 | $15,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | Ostling and Associates 201 W. Olive St. Bloomington, IL 61701 | Filing Fees | 04/2022 | $1,738.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

| Debtor | Fix My Gadget, Inc. | | Case number *(if known)* | 22-80201 |
|---|---|---|---|---|

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 2220 Court St. Pekin, IL 61554 | |
| 14.2. | 2103 N. Veterans Parkway Bloomington, IL 61701 | |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Names and phone numbers of customers.

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Fix My Gadget, Inc. | | Case number *(if known)* | 22-80201 |
|---|---|---|---|---|

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Various | Peoria Location | Debtor holds various inventory for local businesses and government entities that they are repairing. | Unknown |

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

| Debtor | Fix My Gadget, Inc. | Case number *(if known)* | 22-80201 |
| --- | --- | --- | --- |

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
| --- | --- | --- |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26a.1.    Neff Accounting Inc 4424 N. Sheridan Road Pekin, IL 61554 | Within last 2 years |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26b.1.    Neff Accounting Inc 4424 N. Sheridan Road Pekin, IL 61554 | Within last 2 years |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor   Fix My Gadget, Inc.                                                    Case number *(if known)*  22-80201

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Neff Accounting Inc<br>4424 N. Sheridan Road<br>Pekin, IL 61554 | wihtin last 2 years |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Larry Mikel | 4732 N. University St.<br>Peoria, IL 61614 | President | 100% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  Larry Mikel | $2,000.00 weekly | Weekly | Salary |
| **Relationship to debtor**<br>President | | | |

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| Debtor | Fix My Gadget, Inc. | Case number *(if known)* | 22-80201 |
|---|---|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___April 22, 2022___

/s/ Larry Mikell _____    Larry Mikell _____
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor ___President___

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes